1

2

3

4

5

6

7

8

**FILED & ENTERED**

**AUG 20 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mccall     DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Phillip Barry Greer<br><br>                                Debtor(s). | CHAPTER 7<br><br>Case No.:  8:18-bk-10203-MW<br>Adv No:   8:18-ap-01075-MW |
| Chriss W. Street<br><br>                                Plaintiff(s),<br><br>     v.<br><br>Phillip Barry Greer<br><br>                                Defendant(s). | **ORDER ON MOTION TO DISMISS**<br>**COMPLAINT**<br><br>Date:         July 25, 2018<br>Time:         9:00 AM<br>Courtroom:  6C |

The Court, having reviewed and considered defendant's motion to dismiss

complaint and pleadings filed and heard arguments, finds that the complaint states claims

upon which relief can be granted and provides sufficient detail as to satisfy Twombly and

Iqbal standard.  Accordingly, Defendant's motion to dismiss complaint is DENIED.

IT IS SO ORDERED.

Date: August 20, 2018

Mark S. Wallace
United States Bankruptcy Judge

-1-