ORIGINAL

1  Phillip B Greer  SBN  96438
   Law Offices of Phillip B Greer  APC
2  1300 Bristol Street North  suite 100
3  Newport Beach, California
   92660
4  (949) 640-8911
5
6  Attorney for Defendant
   Arlene Biden

FILED OCT 10 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:        Deputy Clerk

ENTERED OCT 10 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:        Deputy Clerk

LODGED SEP 25 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>PHILLIP B GREER,,<br><br>Debtor | Case No.: 8:18 bk – 10203 – MW<br><br>Adv Case No  8:18 – ap -01075- - MW |
| CHRISS STREET<br><br>Plaintiff<br><br>vs<br><br>RICHARD MARSHACK et al<br><br>Defendant | ORDER GRANTING DEFENDANT ARLENE GREER AKA ARLENE BIDEN'S MOTION TO DISMISS COMPLAINT |

Defendant, Arlene C Greer aka Arlene C Biden, motion to dismiss Plaintiff's complaint came before the Court on September 19, 2019 pursuant to a regularly scheduled

ORDER GRANTING DEFENDANT ARLENE GREER AKA ARLENE BIDEN'S MOTION TO DISMISS COMPLAINT - 1

ORIGINAL

hearing. Phillip B Greer appeared for the Defendant, Arlene C Biden. Ryan D O'Dea appeared for the Chapter Seven Trustee. There were no appearances by Plaintiff or his counsel.

After reviewing the moving papers and hearing from counsel,

IT IS HEREBY ORDERED that

1. Defendant Biden's motion to dismiss Plaintiff's complaint as to Defendant Arlene C Greer aka Arlene C Biden is hereby GRANTED.

Date: October 10, 2018

_____
Hon. Mark S Wallace
United States Bankruptcy Judge

ORDER GRANTING DEFENDANT ARLENE GREER AKA ARLENE BIDEN'S MOTION TO DISMISS COMPLAINT - 2