| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy Carl Aires, Esq. (138169)<br>AIRES LAW FIRM<br>6 Hughes, Suite 205<br>Irvine, CA 92618<br>(949) 718-2020<br>(949) 718-2021 FAX<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* PLAINTIFF | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>PHILLIP BARRY GREER<br><br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-10203-TA<br><br>ADVERSARY NO.: 8:18-ap-01075-TA<br><br>CHAPTER: 7 |
|---|---|
| CHRISS W. STREET<br><br><br><br><br>Plaintiff(s).<br>vs.<br>RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE OF THE ESTATE OF PHILLIP BARRY GREER; PHILLIP BARRY GREER; ARLENE C. GREER aka ARLENE C. BIDEN<br><br>Defendant(s). | **AMENDED JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 02/02/2023<br>TIME: 10:00 a.m.<br>COURTROOM: 5B<br>ADDRESS: 411 W. Fourth Street<br>Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes    ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes    ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes    ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes    ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL**:

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>　　　　　　　　　　　　　　　　　　<u>Defendant</u>

   UNKNOWN

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>　　　　　　　　　　　　　　　　　　<u>Defendant</u>

   Case is stayed pending the determination of the Trustee action.

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>　　　　　　　　　　　　　　　　　　<u>Defendant</u>

   September 28

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>　　　　　　　　　　　　　　　　　　<u>Defendant</u>

   Depositions and document production

C. **TRIAL TIME**:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>　　　　　　　　　　　　　　　　　　<u>Defendant</u>

   2 Days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>　　　　　　　　　　　　　　　　　　<u>Defendant</u>

   4 witnesses

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　Page 2　　　　　　　　**F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Less than 100 | |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 09/06/2023 | (date) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   Discussions ongoing.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes ☐ No | ☒ Yes ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 3    F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|  Plaintiff  |  Defendant  |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☒ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff: Notwithstanding the rulings on the 12(b)(6) matters, Plaintiff continues to have an extant judgment lien on all personal and real property in which Debtor has an interest. The case is stayed pending a determination of the Trustee action.

Defendant:

Respectfully submitted,

Date: 01/25/2023

AIRES LAW FIRM
Printed name of law firm

_____
Signature

Timothy Carl Aires, Esq.
Printed name

Attorney for: Plaintiff

Date: 01/25/2023

_____
Printed name of law firm

/s/ Phillip B. Greer
Signature

Phillip B. Greer, Esq.
Printed name

Attorney for: Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

(4) Extending the deadline for all pretrial motions to be heard (with the exception of motions in limine) from March 31, 2023, to and including May 1, 2023.

**SO STIPULATED AND AGREED:**

                                **SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: January 30, 2023      By:    */s/ Ryan D. O'Dea*
                                             Ryan D. O'Dea
                                             Attorneys for Plaintiff and co-Defendant, Richard A. Marshack, Chapter 7 Trustee

DATED: January 2, 2023       By:    [signature]
                                             Phillip B. Greer
                                             Attorneys for Defendant, Arlene C. Biden

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

# AMENDED JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Richard A. Marshack, chapter 7 trustee

☐ Plaintiff    ☒ Defendant    Other (*specify*):_____

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
    Unknown

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
    n/a

3. When do you expect to complete *your* discovery efforts?
    Unknown

4. What additional discovery do you require to prepare for trial?
    Unknown

**C. TRIAL TIME:**

1. What is your estimate of the time required to present *your side of the case* at trial (*including rebuttal stage if applicable*)?
    2-3 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
    2-3

3. How many exhibits do you anticipate using at trial?
    25-50

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference    ☒ is    ☐ is not    requested.
Reasons:_____
_____

Pretrial conference should be set *after* (*date*): _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

E.  **SETTLEMENT:**

1. What is the status of settlement efforts?

    The parties attended mediation in November of 2021.  After resolution of the pending adversary action between the estate and Debtor's wife, the instant adversary action will likely be moot or will be positioned for settlement.

2. Has this dispute been formally mediated?  ☒ Yes  ☐ No
   If so, when?
   November 2021.

3. Do you want this matter sent to mediation at this time?  ☐ Yes  ☒ No

F.  **FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

I ☒ do  ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

This matter has been stayed pending resolution of the estate's adversary action against Debtor's wife. The Trustee, as plaintiff in the action against Debtor's wife, had negotiated a settlement with Defendant over the course of a year - culminating in an agreement upon terms. However, Defendant has failed to sign the written settlement agreement and settlement has now fell through as of early January 2023. The parties stipulated for an extension of the deadlines in the scheduling order to allow for defendant's deposition to occur, and for Defendant to respond to requests for production and interrogatories propounded in Mid-2022 that were never responded to. Defendant has still failed to respond to the interrogatories or requests for production, and failed to appear at her noticed deposition on February 27, 2023. Trustee has attempted to set up a meet and confer on the discovery disputes, and to obtain a stipulation for further extension of scheduling order dates - however, Defendant has not yet met and conferred with Trustee and has not executed the stipulation to extend dates and deadlines.

Shulman Bastian Friedman & Bui LLP
Printed name of law firm

*[signature]*
Signature

Ryan D. O'Dea
Printed name

Attorney for: Richard A. Marshack

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 7016-1.STATUS.REPORT.ATTACH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6 HUGHES, STE 205, IRVINE, CA 92618

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/01/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/01/2023 | Timothy Carl Aires | /s/ Timothy Carl Aires |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 5                                    F 7016-1.STATUS.REPORT

## SERVICE LIST

RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE
OF THE ESTATE OF PHILLIP BARRY GREER
870 ROOSEVELT
IRVINE, CA 92620

RYAN D. O'DEA, ESQ.
SHULMAN & BASTIAN LLP
100 SPECTRUM CENTER DR, STE 600
IRVINE, CA 92618

PHILLIP BARRY GREER
19 BRIDGEPORT RD
NEWPORT BEACH, CA 92657

ARLENE C. GREER aka ARLENE C. BIDEN
c/o PHILLIP BARRY GREER, ESQ.
1300 BRISTOL ST N STE 100
NEWPORT BEACH, CA 92660

PHILLIP BARRY GREER, ESQ.
1300 BRISTOL ST N STE 100
NEWPORT BEACH, CA 92660

PETER BACH-Y-RITA, ESQ.
CHAPMAN AND CUTLER LLP
595 MARKET STREET, 26TH FL
SAN FRANCISCO, CA 94105

DAVID T.B. AUDLEY, ESQ.
MICHAEL T. BENZ, ESQ.
CHAPMAN AND CUTLER LLP
111 WEST MONROE ST, 16TH FL
CHICAGO, IL 60603

CHAMBERS
HON. THEODORE ALBERT, JUDGE
411 W FOURTH ST, CTRM 5B
SANTA ANA, CA 92701